# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                              NO. 4:12CR00213-02 KGB

CANON DIANE HALL                                                                       DEFENDANT

## ORDER

Defendant Canon Diane Hall has filed the pending motion for bond hearing. See Document 96. To the extent she seeks a bond hearing, the motion is granted. A bond hearing will be held beginning at 1:00 p.m. on Thursday, May 23, 2013, in Courtroom 2B of the Richard S. Arnold United States Courthouse in Little Rock, Arkansas. This order is the only notice of the hearing the parties will receive.

IT IS SO ORDERED this ___16___ day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE